

| | | | | |
|---|---|---|---|---|
| Manley v. State . . . . . . . . . . . . . . . | 29A04–1611–CR–2715 | 06/20/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Woodford v. State . . . . . . . . . . . . . | 20A03–1612–CR–2812 | 06/20/2017 | KIRSCH, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Shenefield v. Shenefield . . . . . . . . | 85A04–1605–DR–1150 | 06/21/2017 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| T.A., Matter of Paternity of . . . . . . | 01A02–1611–JP–2729 | 06/21/2017 | ALTICE, J.<br><br>KIRSCH, J.<br>MATHIAS, J. | Affirmed in part, reversed in part, and remanded with instructions<br>Concurs<br>Concurs |
| Crockett v. State . . . . . . . . . . . . . . | 84A01–1701–CR–20 | 06/21/2017 | VAIDIK, C.J.<br>BAILEY, J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Greenwell v. State . . . . . . . . . . . . . | 79A02–1612–CR–2941 | 06/21/2017 | BROWN, J.<br>MAY, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Beavers v. State . . . . . . . . . . . . . . . | 20A03–1612–CR–2867 | 06/21/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Rekowski v. State . . . . . . . . . . . . . . | 15A01–1612–CR–2777 | 06/21/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| B.P. v. J.E.S. . . . . . . . . . . . . . . . . . | 12A02–1702–PO–317 | 06/21/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State . . . . . . . . . . . . . . . . | 49A04–1610–CR–2368 | 06/21/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| M.L. v. B.M. . . . . . . . . . . . . . . . . . . | 41A04–1612–GU–2700 | 06/21/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Cantu v. State . . . . . . . . . . . . . . . . | 34A05–1701–CR–94 | 06/21/2017 | BAKER, J.<br>BARNES, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |